UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURT DIVISION

**NELSON WELLS**                                                                                       **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 2:21cv100-TBM-RPM**

**UNITED SERVICES AUTOMOBILE
ASSOCIATION AND JOHN DOES 1-
5**                                                                                                      **DEFENDANTS**

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the Plaintiff, acting through their respective counsel of record that:

1.  The Complaint against the DEFENDANTS will be dismissed without prejudice, pursuant to Rule 41(a)(1), Fed. R. Civ. Pro.; and

STIPULATED AND AGREED, this 7th day of February, 2022.

                        **PLAINTIFF,**

                  By: s/*Samuel F. Creasey*
                     SAMUEL F. CREASEY,
                     Attorney for Plaintiff

Samuel F. Creasey, Esq. (MSB# 99555)
MORGAN & MORGAN, PLLC
4450 Old Canton Rd., Suite 200
Jackson, Mississippi 39211
Telephone: (601) 718-0917
Facsimile: (601) 718-2094
E-mail: screasey@forthepeople.com